UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA FRIENDS OF THE SEALS, a nonprofit organization; and JAMES H.N. HUDNALL, JR., an individual,<br><br>                                        Plaintiffs,<br>   vs.<br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL MARINE FISHERIES SERVICE ("NMFS"), an agency of the U.S. Dept. of Commerce; CARLOS M. GUTIERREZ, Secretary of Commerce; JAMES W. BALSIGER, Acting Director of NMFS; RODNEY MCINNIS, Acting Regional Administrator of NMFS; JAMES LECKY, Director of Office of Protected Resources at NMFS; City of San Diego; and Does 1 to 100,<br><br>                                        Defendants. | CASE NO. 08cv1847 WQH (POR)<br><br>ORDER |

HAYES, Judge:

   The matter before the Court is Plaintiff's motion for a temporary restraining order requiring the Defendant City of San Diego to maintain the status quo regarding the colony of harbor seals at Children's Pool until the date set for the hearing on Plaintiff's motion for a preliminary injunction. (Doc # 3).

   On October 22, 2008, this Court held a hearing with all parties present in order to set a briefing schedule and further hearing date on Plaintiff's motion for preliminary injunction. The Court set a hearing date of November 25, 2008 on Plaintiff's motion for preliminary

injunction. Defendant City of San Diego represented to this Court at the hearing that Plaintiffs were likely to succeed on the merits at this stage of the proceedings and that the City of San Diego was likely to be required to immediately remove the seals constituting irreparable injury. Defendant City of San Diego stated that it did not oppose an order requiring it to maintain the status quo regarding the colony of harbor seals at Children's Pool until the date set for the hearing on Plaintiff's motion for preliminary injunction. (Doc # 3).

The underlying purpose of a temporary restraining order is to preserve the status quo and prevent irreparable harm before a preliminary injunction hearing may be held. *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers*, 415 U.S. 423, 439 (1974); *see also Reno Air Racing Ass'n v. McCord*, 452 F.3d 1126, 1130-31 (9th Cir. 2006). The standard for issuing a temporary restraining order requires that the party seeking relief show either "(1) a combination of likelihood of success on the merits and the possibility of irreparable harm, or (2) that serious questions going to the merits are raised and the balance of hardships tips sharply in favor of the moving party." *Immigrant Assistance Project of the L.A. County of Fed'n of Labor v. INS*, 306 F.3d 842, 873 (9th Cir. 2002). "[T]hese two formulations represent two points on a sliding scale in which the required degree of irreparable harm increases as the probability of success decreases." *Dep't Parks & Rec. of Calif. v. Bazaar Del Mundo, Inc.*, 448 F.3d 1118, 1123 (9th Cir. 2006) (citations omitted).

The Court finds that serious questions going to the merits are raised and the balance of hardships tips sharply in favor of the moving party. This Court will enter an order to preserve the status quo and prevent irreparable harm before a preliminary injunction hearing may be held.

IT IS HEREBY ORDERED that the Defendant City of San Diego, its agents, servants, employees, and representatives, and all persons acting in concert or participating with them, are hereby enjoined and restrained through the hearing date of November 25, 2008 from engaging in, committing, or performing, directly or indirectly, any and all of the following acts: harassing or dispersing the colony of harbor seals at Children's Pool Beach in La Jolla, California.

IT IS FURTHER ORDERED that Defendants, and each of them, shall appear in Courtroom 4 of this Court, located at 940 Front Street, San Diego, California, on November 25, 2008 at 9:30 a.m., to show cause, if any, why this order should not maintain in effect during the pendency of this action. Defendants shall file and serve opposition papers no later than November 4, 2008, and Plaintiffs may file and serve reply papers no later than November 11, 2008.

DATED: October 22, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge