# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA FRIENDS OF THE SEALS, a nonprofit organization; and JAMES H.N. HUDNALL, JR., an individual,<br><br>                                              Plaintiffs,<br>vs.<br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL MARINE FISHERIES SERVICE ("NMFS"), an agency of the U.S. Dept. of Commerce; CARLOS M. GUTIERREZ, Secretary of Commerce; JAMES W. BALSIGER, Acting Director of NMFS; RODNEY MCINNIS, Acting Regional Administrator of NMFS; JAMES LECKY, Director of Office of Protected Resources at NMFS; City of San Diego; and Does 1 to 100,<br>                                              Defendants. | CASE NO. 08cv1847 WQH (POR)<br><br>SCHEDULING ORDER |

HAYES, Judge:

   The Joint Motion to continue the hearing of November 25, 2008 on Plaintiff's Motion for Preliminary Injunction and Federal Defendant's Motion to Dismiss (Doc. # 25) is GRANTED. IT IS HEREBY ORDERED that the November 25, 2008 hearing date is vacated and Plaintiff's Motion for Preliminary Injunction and Federal Defendant's Motion to Dismiss will be heard on February 13, 2009 at 9:30 a.m. IT IS FURTHER ORDERED that Federal Defendants' reply brief in support of their Motion to Dismiss shall be filed on January 30, 2009.

DATED: November 14, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge